UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SEAN MALONE,<br><br>                Plaintiff,<br><br>v.<br><br>WALGREEN CO., JANE DOE, *Store Manager,* and JOHN DOE,<br><br>                Defendants. | Case No.: **4:23-cv-00001-REP**<br><br>**LITIGATION ORDER AND NOTICE OF TELEPHONIC SCHEDULING CONFERENCE** |

**THEREFORE IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff(s) must serve this Order on all parties who have not entered an appearance via PACER to date. Within thirty days of the filing of the Complaint, the Plaintiff(s) must file with the Court a status report regarding service of the summons and complaint pursuant to [Dist. Idaho L. Rule 4.1](#).[1] Alternatively,

2. Plaintiff(s) may file proof of service in lieu of the status report otherwise required.

---

[1] The Court's local rules may be found at the following URL address: http://id.uscourts.gov/clerks/rules_orders/Civil_Local_Rules.cfm

LITIGATION ORDER AND NOTICE OF TELEPHONIC SCHEDULING CONFERENCE - 1

3. Pursuant to Dist. Idaho L. Rule 16.1, the parties must meet and determine:

   A. A litigation plan and a discovery plan, including the issues related to discovery of electronically stored information, if either party contemplates suchdiscovery. The Court's litigation plan form and the discovery plan form may befound on the District Court's website, www.id.uscourts.gov, under Forms.[2]

   B. If the case is suitable for the Court's alternative dispute resolution (ADR) program, which type of ADR process is best suited to the specific circumstances of the case, and when the most appropriate time would be for the ADR session tobe held. Dist.Idaho L. Rule 16.4.

4. Initial disclosures must be made by the parties pursuant to Federal Rule of CivilProcedure 26.1 and Dist. Idaho L. Rule 16.1.

5. If this matter is assigned to a magistrate judge, Counsel must review and be familiar with Dist. Idaho L. Rule 73.1 regarding the consent process for proceeding before a magistrate judge. Additional Information about the consentprocess may be found on the Court's website.[3]

6. Unless the Plaintiff contacts the Courtroom Deputy, Jackie Hildebrand, and

---

[2] The URL address to access the Court's forms may be found here:
http://id.uscourts.gov/district/forms_fees_rules/Civil_Forms.cfm

[3] Information about the consent process may be found at the following URL address:
http://www.id.uscourts.gov/district/judges/Magistrate_Judge_Consent.cfm

requests a different date and time, the Court will conduct a **telephonic scheduling conference on Thursday, March 9, 2023, 11:00 A.M. *Mountain time**, for purpose of confirming the deadlines proposed by the parties in the **JOINT Litigation Plan**.

7. **Counsel** must initiate the conference call by calling the Court's conferencing line at 1-669-254-5252, Access Code 160 181 7143.

8. **On or before Thursday, March 2, 2023,** the parties must file with the Court the **JOINT** Litigation Plan and Discovery Plans.

DATED: January 25, 2023

Raymond E. Patricco
Chief U.S. Magistrate Judge